IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| KAYLA MOODY HARRIS, )<br>   Petitioner, )<br>)<br>v. )<br>)<br>RICK THALER, Director, )<br>Texas Department of Criminal Justice, )<br>Correctional Institutions Division, )<br>   Respondent. ) | Civil No. 7:08-CV-078-O |

## FINDINGS OF THE COURT

The United States Magistrate Judge has entered Findings, Conclusions and Recommendation in this case. No objections were filed. After making an independent review of the pleadings, files and records, and of the Findings, Conclusions and Recommendation of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is DENIED.

SO ORDERED this 19th day of April, 2011.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**